PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                    §
                                          §
                                          §
WEINER, MICHAEL AARON                     §       Case No. 10-00363
                                          §
            Debtor(s)                     §

AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                        CLERK OF THE BANKRUPTCY COURT
                        219 SOUTH DEARBORN STREET, ROOM 713
                        CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/23/2010 in Courtroom 644,
                        United States Courthouse
                        219 South Dearborn
                        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2010                       By: Clerk of the Bankruptcy Court
                                                                         Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
WEINER, MICHAEL AARON § Case No. 10-00363
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,516.82 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,516.82 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 1,131.71 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 850,052.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Advance Acceptance | $ 4,527.38 | $ 18.03 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 494.82 | $ 1.97 * |
| 000003 | Fifth Third Bank | $ 815,075.68 | $ 3,245.82 |
| 000004 | Bert Zaczek | $ 29,954.70 | $ 119.29 |

\* All distributions under $5.00 will be paid to the U.S. Bankruptcy Clerk

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Philip V. Martino

                        Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1                  Date Rcvd: Aug 27, 2010
Case: 10-00363                Form ID: pdf006             Total Noticed: 14

The following entities were noticed by first class mail on Aug 29, 2010.
db           +Michael Aaron Weiner,    2241 W. Waubansia, #302,    Chicago, IL 60647-6342
aty          +Si Yong Yi,    Tressler LLP,    233 S. Wacker Drive, 22nd Floor,    Chicago, IL 60606-6399
tr            Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,   Suite 4000,   Chicago, IL   60654
14932528     +Bert Zaczek,    311 N Aberdeen St Suite 300B,    Chicago, IL 60607-1252
14932535     +Developers Diversified Realty,    3300 Enterprise Pkwy,    Beachwood, OH 44122-7200
14932527    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,     5050 Kingsley Drive,    Cincinnati, OH 45263)
15673743     +Fifth Third Bank,    c/o Jerry L. Switzer, Jr.,    Polsinelli Shughart, P.C.,
               161 N. Clark Street, Suite 4200,    Chicago, IL 60601-3316
14932529     +Hardt Stern & Hayne P.C.,    Attn: James Hardt (add'l notice re Bahar,    2610 Lake Cook Rd,
               Suite 200,    Riverwoods, IL 60015-5710
15374119     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14932533     +Reyna Corporation,    21175 Network Place,    Chicago, IL 60673-0001
14932532     +Reynolds & Reynolds,    23150 Network Place,    Chicago, IL 60673-0001
14932534     +Sherwin-Williams Automotive Finishes Corp.,    4440 Warrensville Center Road,
               Warrensville Heights, OH 44128-2837
14932530     +Snap-On Equipment,    Equipment Services, Inc.,    950 Technology Way,    Suite 301,
               Libertyville, IL 60048-5339
The following entities were noticed by electronic transmission on Aug 27, 2010.
14932531     +E-mail/Text: CAROLINE@ADVACC.COM                           Advance Acceptance,
               100 Prairie Center Dr,    Eden Prairie, MN 55344-5452
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**                     **Signature:**   *Joseph Speetjens*