CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| HATCH, YOLANDA MARIE | § § | Case No. 10-06869 |
| Debtor(s) | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 15,700.00

Total Distributions to Claimants: 4,647.93      Claims Discharged
                                                Without Payment: 101,005.36

Total Expenses of Administration: 1,349.74

---

3) Total gross receipts of $ 5,997.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,997.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 733,036.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,349.74 | 1,349.74 | 1,349.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,560.00 | 60,084.29 | 60,084.29 | 4,647.93 |
| **TOTAL DISBURSEMENTS** | **$ 830,596.00** | **$ 61,434.03** | **$ 61,434.03** | **$ 5,997.67** |

    4) This case was originally filed under chapter 7 on 02/22/2010 . The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2010      By:/s/PHILIP V. MARTINO
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 5,997.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.67 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,997.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor # : 1 Aurora Loan Services 2617 College Park PO Box 1706 Scottsbluff NE 69363-1706 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor # : 10 Wealthbridge 15455 NW Greenbrier PKwy Ste 111 Beaverton OR 97006 | | 0.00 | NA | NA | 0.00 |
| Creditor # : 2 Chase PO Box 9001020 Louisville KY 40290-1020 | | 88,000.00 | NA | NA | 0.00 |
| Creditor # : 3 Chase PO Box 78420 Phoenix AZ 85062-8420 | | 122,362.00 | NA | NA | 0.00 |
| Creditor # : 4 Chicago Patrolmen's Credit Union 1407 W Washington Blvd. Chicago IL 60607 | | 14,568.00 | NA | NA | 0.00 |
| Creditor # : 5 FDIC - Franklin Bank 9800 Richmond Avenue, Ste 680 Houston TX 77042 | | 266,000.00 | NA | NA | 0.00 |
| Creditor # : 6 Fisher asnd Shapiro, Attys 4201 Lake Cook Road Northbrook IL 60062-1060 | | 0.00 | NA | NA | 0.00 |
| Creditor # : 7 RCS 4282 N Freeway Fort Worth TX 76137 | | 0.00 | NA | NA | 0.00 |
| Creditor # : 8 Specialized Loan Servicing 8742 Lucent Blvd., Ste 300 Highlands Ranch CO 80129 | | 242,106.00 | NA | NA | 0.00 |
| Creditor # : 9 Wealthbridge PO Box 39483 Solon OH 44139-0483 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ 733,036.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,349.74 | 1,349.74 | 1,349.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,349.74 | $ 1,349.74 | $ 1,349.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor # : 10 Ed. Financial Services PO Box 36014 Knoxville TN 37930-6014 | | 0.00 | NA | NA | 0.00 |
| Creditor # : 11 Home Depot Processing Center - HD Des Moines IA 50364-0000 | | 1,362.00 | NA | NA | 0.00 |
| Creditor # : 12 Northland Group PO Box 390905 Minneapolis MN 55439 | | 0.00 | NA | NA | 0.00 |
| Creditor # : 13 Penn Credit Corp 916 S 14th Street Harrisburg PA 17104 | | 82.00 | NA | NA | 0.00 |
| Creditor # : 14 Sears PO Box 183082 Columbus OH 43218-3082 | | 0.00 | NA | NA | 0.00 |
| Creditor # : 15 Sears/CBSD PO Box 183081 Columbus OH 43218-3081 | | 481.00 | NA | NA | 0.00 |
| Creditor # : 16 WFNNB/NY & Co PO Box 659728 San Antonio TX 78265-9728 | | 388.00 | NA | NA | 0.00 |
| Creditor # : 2 Chase PO Box 260161 Baton Rouge LA 70826-0161 | | 41,452.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor # : 5 City of Chicago - Collections 121 N LaSalle, #107 Chicago IL 60602 | | 274.00 | NA | NA | 0.00 |
| Creditor # : 6 City of Chicago - Collections 121 N LaSalle, #107 Chicago IL 60602 | | 100.00 | NA | NA | 0.00 |
| Creditor # : 7 City of Chicago - Water Dept Bureau of Billings PO Box 6330 Chicago IL 60680-6330 | | 535.00 | NA | NA | 0.00 |
| Creditor # : 8 City of Chicago - Water Dept Bureau of Billings PO Box 6330 Chicago IL 60680-6330 | | 895.00 | NA | NA | 0.00 |
| Creditor # : 9 Ed. Financial Services Dept 888055 Knoxville TN 37995-8055 | | 0.00 | NA | NA | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 15,791.00 | 17,551.08 | 17,551.08 | 1,357.70 |
| CHASE BANK USA, N.A. | 7100-000 | 12,700.00 | 14,375.51 | 14,375.51 | 1,112.04 |
| CITIBANK SOUTH DAKOTA NA | 7100-000 | NA | 1,465.58 | 1,465.58 | 113.37 |
| CITIBANK SOUTH DAKOTA NA | 7100-000 | NA | 1,395.18 | 1,395.18 | 107.93 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 23,500.00 | 25,296.94 | 25,296.94 | 1,956.89 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ 97,560.00 | $ 60,084.29 | $ 60,084.29 | $ 4,647.93 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:  08-08186    ABG    Judge: A. BENJAMIN GOLDGAR    Trustee Name:    PHILIP V. MARTINO
Case Name:  ALLANTE CONSTRUCTION, INC.    Date Filed (f) or Converted (c):    04/04/08 (f)
                                                                  341(a) Meeting Date:    05/05/08
For Period Ending:  11/10/10    Claims Bar Date:    08/07/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Corporate Checking Harris Bank | 895.40 | 895.40 | | 895.40 | FA |
| 2. R. Allen Fox Accounts Receivable | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Technology Consulting A/R | 27,575.00 | 6,000.00 | DA | 6,000.00 | FA |
| 4. High Tech Cabinet A/R | 18,600.00 | 0.00 | DA | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. MACHINERY AND SUPPLIES | 1,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.78 | Unknown |

TOTALS (Excluding Unknown Values)    $56,070.40    $6,895.40    $6,898.18    Gross Value of Remaining Assets
                                                                                              $0.00
                                                                                  (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  12/31/09    Current Projected Date of Final Report (TFR):  06/30/10

LFORM1    UST Form 101-7-TDR (9/1/2009) (Page: 9)    Ver: 15.20

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

Case No: 10-06869 -CAD
Case Name: HATCH, YOLANDA MARIE
Taxpayer ID No: *******2716
For Period Ending: 11/11/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0483 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/10 | 12 | The Chicago Patrolmen's Federal Credit Union | | 1224-000 | 5,997.00 | | 5,997.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 5,997.10 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,997.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,997.40 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,997.56 |
| 09/23/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 5,997.67 |
| 09/23/10 | | Transfer to Acct #*******0551 | Final Posting Transfer | 9999-000 | | 5,997.67 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 5,997.67 | 5,997.67 |
| Less: Bank Transfers/CD's | 0.00 | 5,997.67 |
| Subtotal | 5,997.67 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 5,997.67 | 0.00 |

Page Subtotals    5,997.67    5,997.67

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 10)

Ver: 15.20

Page: 2
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-06869 -CAD | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | HATCH, YOLANDA MARIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0551 BofA - Checking Account |
| Taxpayer ID No: | *******2716 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 11/11/10 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/10 | | Transfer from Acct #*******0483 | Transfer In From MMA Account | 9999-000 | 5,997.67 | | 5,997.67 |
| 09/23/10 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,349.74 | 4,647.93 |
| 09/23/10 | 003002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 7.73566% | 7100-000 | | 1,112.04 | 3,535.89 |
| 09/23/10 | 003003 | American Infosource Lp As Agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000002, Payment 7.73571% | 7100-000 | | 1,357.70 | 2,178.19 |
| 09/23/10 | 003004 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000003, Payment 7.73568% | 7100-000 | | 1,956.89 | 221.30 |
| 09/23/10 | 003005 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | Claim 000004, Payment 7.73550% | 7100-000 | | 113.37 | 107.93 |
| 09/23/10 | 003006 | Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323 | Claim 000005, Payment 7.73592% | 7100-000 | | 107.93 | 0.00 |

Page Subtotals 5,997.67 5,997.67

UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.20

Page: 3
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-06869 -CAD
Case Name: HATCH, YOLANDA MARIE
Taxpayer ID No: ********2716
For Period Ending: 11/11/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0551 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 5,997.67 | 5,997.67 | |
| | | | Less: Bank Transfers/CD's | | 5,997.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,997.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,997.67 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0483 | 5,997.67 | 0.00 | 0.00 |
| BofA - Checking Account - ********0551 | 0.00 | 5,997.67 | 0.00 |
| | 5,997.67 | 5,997.67 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand 0.00 |

Page Subtotals　0.00

LFORM24　UST Form 101-7-TDR (9/1/2009) (Page: 12)　Ver: 15.20