PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| WEINER, MICHAEL AARON | § § | Case No. 10-00363 |
| Debtor(s) | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 188,990.67 | Assets Exempt: 6,400.00 |
| Total Distributions to Claimants: 3,385.31 | Claims Discharged Without Payment: 1,236,963.74 |
| Total Expenses of Administration: 1,131.71 | |

3) Total gross receipts of $ 4,517.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,517.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,131.71 | 1,131.71 | 1,131.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,211,243.57 | 850,052.58 | 850,052.58 | 3,385.31 |
| **TOTAL DISBURSEMENTS** | $ 2,211,243.57 | $ 851,184.29 | $ 851,184.29 | $ 4,517.02 |

4) This case was originally filed under chapter 7 on 01/06/2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2010            By:/s/PHILIP V. MARTINO
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | -10.00 |
| MULTIPLE CHECKING ACCOUNTS | 1110-000 | 4,526.33 |
| Post-Petition Interest Deposits | 1270-000 | 0.69 |
| **TOTAL GROSS RECEIPTS** | | **$4,517.02** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$NA** | **$NA** | **$NA** | **$NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,131.71 | 1,131.71 | 1,131.71 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,131.71 | $ 1,131.71 | $ 1,131.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Additional Notice for Bahary: James Hardt c/o Hardt Stern & Kayne PC 2610 Lake Cook Road, Suite 200 Riverwoods, IL  60015 | | 0.00 | NA | NA | 0.00 |
| Developers Diversified Realty 3300 Enterprise Parkway Beachwood, OH  44122 | | 136,666.67 | NA | NA | 0.00 |
| Reyna Corporation 21175 Network Place Chicago, IL  60673 | | 43,935.48 | NA | NA | 0.00 |
| Reynolds & Reynolds 23150 Network Place Chicago, IL  60673 | | 94,664.52 | NA | NA | 0.00 |
| Sherwin Williams Automotive Finishes Corp. 4440 Warrensville Center Road Warrensville Heights, OH  44128 | | 25,000.00 | NA | NA | 0.00 |
| Snap on Equipment 950 Technology Way, Suite 301 Libertyville, IL  60048 | | 90,029.80 | NA | NA | 0.00 |
| ADVANCE ACCEPTANCE | 7100-000 | 5,921.42 | 4,527.38 | 4,527.38 | 18.03 |
| BERT ZACZEK | 7100-000 | 1,000,000.00 | 29,954.70 | 29,954.70 | 119.29 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIFTH THIRD BANK | 7100-000 | 815,025.68 | 815,075.68 | 815,075.68 | 3,246.02 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 494.82 | 494.82 | 1.97 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 2,211,243.57 | $ 850,052.58 | $ 850,052.58 | $ 3,385.31 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 10-00363   PSH   Judge: PAMELA S. HOLLIS
Case Name: WEINER, MICHAEL AARON

For Period Ending: 11/11/10

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 01/06/10 (f)
341(a) Meeting Date: 02/11/10
Claims Bar Date: 06/11/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MULTIPLE CHECKING ACCOUNTS | 4,266.33 | 4,516.33 | | 4,516.33 | FA |
| 2. RENT DEPOSIT | 2,125.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD FURNISHINGS | 1,770.00 | 0.00 | DA | 0.00 | FA |
| 4. PAINTINGS | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. JEWELRY | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 6. IRA ACCOUNT | 68,858.67 | 0.00 | DA | 0.00 | FA |
| 7. STOCK INTERESTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. PARTNERSHIP INTERESTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE Dated 1993 and/or no note. | 111,437.00 | 0.00 | DA | 0.00 | FA |
| 10. 1991 PORSCHE 944 | 3,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.69 | Unknown |

TOTALS (Excluding Unknown Values)   $196,757.00   $4,516.33   $4,517.02   $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/10   Current Projected Date of Final Report (TFR): 09/30/10

LFORM1   UST Form 101-7-TDR (9/1/2009) (Page: 7)

Ver: 15.20

Page: 1
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-00363 -PSH | | Trustee Name: | PHILIP V. MARTINO | |
| Case Name: | WEINER, MICHAEL AARON | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******9863 | | Account Number / CD #: | *******0467 BofA - Money Market Account | |
| For Period Ending: | 11/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/16/10 | 1 | Michael A. Weiner 2241 W. Wabansia, Apt. 302 Chicago, IL 60647 | | 1110-000 | 4,526.33 | | 4,526.33 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 4,526.38 |
| 04/28/10 | INT | Michael A. Weiner | 3/16/10 deposit was $4,516.33-typo | 1110-000 | | 10.00 | 4,516.38 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,516.49 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,516.60 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,516.71 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,516.82 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,516.94 |
| 09/23/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 4,517.02 |
| 09/23/10 | | Transfer to Acct #*******0548 | Final Posting Transfer | 9999-000 | | 4,517.02 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 4,527.02 | 4,527.02 |
| Less: Bank Transfers/CD's | 0.00 | 4,517.02 |
| Subtotal | 4,527.02 | 10.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 4,527.02 | 10.00 |

Page Subtotals 4,527.02 4,527.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 10-00363 -PSH | | Trustee Name: | PHILIP V. MARTINO | |
| Case Name: | WEINER, MICHAEL AARON | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | ******0548 BofA - Checking Account | |
| Taxpayer ID No: | ******9863 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| For Period Ending: | 11/11/10 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/10 | | Transfer from Acct #******0467 | Transfer In From MMA Account | 9999-000 | 4,517.02 | | 4,517.02 |
| 09/23/10 | 003001 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,131.71 | 3,385.31 |
| 09/23/10 | 003002 | Advance Acceptance 100 Prairie Center Dr Eden Prairie, MN 55344 | Claim 000001, Payment 0.39824% | 7100-000 | | 18.03 | 3,367.28 |
| 09/23/10 | 003003 | United States Bankruptcy Court IL | Claim 000002, Payment 0.39812% PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 7100-000 | | 1.97 | 3,365.31 |
| 09/23/10 | 003004 | Fifth Third Bank c/o Jerry L. Switzer, Jr. Polsinelli Shughart, P.C. 161 N. Clark Street, Suite 4200 Chicago, IL 60601 | Claim 000003, Payment 0.39825% | 7100-000 | | 3,246.02 | 119.29 |
| 09/23/10 | 003005 | Bert Zaczek 311 N Aberdeen St Suite 300B Chicago, IL 60607 | Claim 000004, Payment 0.39823% (4-1) Lease Guarantee (4-1) Modified name and addr - 6/14/10 - ps | 7100-000 | | 119.29 | 0.00 |

Page Subtotals 4,517.02 4,517.02

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 9)  Ver: 15.20

Page: 3

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-00363 -PSH
Case Name: WEINER, MICHAEL AARON
Taxpayer ID No: *******9863
For Period Ending: 11/11/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0548  BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 4,517.02 | 4,517.02 |
| Less: Bank Transfers/CD's | 4,517.02 | 0.00 |
| Subtotal | 0.00 | 4,517.02 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 4,517.02 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0467 | 4,527.02 | 10.00 | 0.00 |
| BofA - Checking Account - ********0548 | 0.00 | 4,517.02 | 0.00 |
| | 4,527.02 | 4,527.02 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

LFORM24   UST Form 101-7-TDR (9/1/2009) (Page: 10)                                                                         Ver: 15.20